# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | Case No. 09-30014 |
| Robert L. Washington, III | } | |
| Gloria Jean Washington | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | |

## NOTICE OF APPEAL

    Comes now Robert L. and Gloria Jean Washington, the above debtor(s) and files this Notice of Appeal under 28 U.S.C. Section 158(a) from the final order entered in the above styled bankruptcy proceeding by the Honorable Dwight Williams on the 21st day of May, 2009 sustaining the Trustee's Objection to confirmation and furthermore requests any an all proceedings in the above matter be stayed pending appeal.

    The names of all parties to the final judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Robert & Gloria Washington                                       Debtors
2230 W. Aberdeen Drive
Montgomery, AL 36116

Richard D. Shinbaum                                            Attorney for the Debtors
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201

Curtis D. Reding                                                     Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

Sabrina McKinney                                           Staff Attorney for Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

Respectfully submitted,

                                                                /s/ Richard D. Shinbaum
                                                                 *Attorney for Debtor*:
                                                                 Richard D. Shinbaum
                                                                 Shinbaum, McLeod & Campbell, P.C.
                                                                 566 South Perry Street
                                                                 Post Office Box 201
                                                                 Montgomery, AL 36101-0201
                                                                 334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day June 1, 2009.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
Robert and Gloria Washington